IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| V. | § | Cr. No. C-05-65 |
| | § | |
| | § | |
| FRANCES MARIE VERONESI. | § | |

### ORDER DENYING MOTION TO REDUCE SENTENCE

Pending before the Court is Frances Marie Veronesi's ("Veronesi") letter motion dated June 29, 2006, which was received by the Clerk's office on July 3, 2006. Veronesi was sentenced on November 18, 2005 to 22 months in the custody of the Bureau of Prisons, to be followed by a three-year supervised release term. She did not appeal, and has not filed any other post-conviction motions. In her letter, she requests that the Court reduce her sentence so that she can help to take care of two of her grandchildren, who are 6 and 7 years old. She asks that the Court allow her "to go home at half [her] time and stay on house arrest for the other 6 months." (D.E. 35 at 1). She also notes that she had never been in trouble before the instant conviction, with the exception of a DWI conviction, and had since quit drinking. She further states that she is not a violent criminal.

This Court has authority to modify or correct a previously imposed sentence only in the "limited number of circumstances" set out in 18 U.S.C. § 3582(c). United States v. Bridges, 116 F.3d 1110, 1112 (5th Cir. 1997). These circumstances are limited to the following: (1) when the Bureau of Prisons moves the Court to modify the sentence for reasons outlined in § 3582(c)(1), (2) under Fed. R. Crim. P. 35 (on the government's motion due to substantial assistance or to correct a clerical mistake within seven days of the date the sentence was imposed), and (3) when the guidelines under

which the defendant was sentenced have been subsequently lowered, and a modification of sentence is consistent with the guidelines' policy statements. See § 3582(c).

Veronesi fails to assert grounds for modification that fall into any of the categories set forth in the preceding paragraph. Thus, this Court does not have authority to alter her sentence. Accordingly, Defendant's letter motion to reduce sentence (D.E. 35) is DENIED.

ORDERED this 7th day of July, 2006.

_____
Janis Graham Jack
United States District Judge